UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY TIDWELL, Individually,

      Plaintiff,

vs.                                                 Case No.: 1:19-cv-2942-JFB

FERRELL ENTERPRISES, INC.,
a Georgia Corporation,

      Defendant.
_____/

## **NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, Timothy Tidwell, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.     The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **14th** day of **January, 2020**, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System, which will automatically send via Notice of Electronic Filing, to Attorneys for Defendant, Erin Shaub Easley, Esq., ee@morganeasley.com, Morgan Easley, LLC, 555 Sun Valley Drive, Suite J4, Roswell, GA 30076.

    Respectfully Submitted,

    **/s/John P. Fuller**
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
jpf@fullerfuller.com
and
Jimmy Hwang, Esq.
GA Bar No. 381251
Jimmy Hwang, LLC
5008 Buford Hwy., Suite C
Atlanta, GA 30341
Telephone: (678) 723-4444
Facsimile: (678) 723-4445
jhwang@jhlawga.com
*Attorneys for Plaintiff*