UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY TIDWELL, *Individually* | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:19-CV-2942-JPB |
| FERRELL ENTERPRISES, INC., *a Georgia Corporation* | |
| Defendant. | |

### **ORDER**

This matter comes before the Court on Plaintiff's Notice of Settlement [Doc. 14].  This Court finds as follows:

For docket management purposes, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.  If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days.  Absent an extension or further order of the Court,

if no request to reopen the case is made within the sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 14th day of January, 2020.

_____
**J. P. BOULEE**
United States District Judge