UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY TIDWELL, <br><br> Plaintiff, <br><br> v. <br><br> FERRELL ENTERPRISES, INC., <br><br> Defendant. | Civil Action No.: 1:19-cv-02942-JPB |

## JOINT DISMISSAL WITH PREJUDICE

COME NOW plaintiff Timothy Tidwell ("Plaintiff") and defendant Ferrell Enterprises, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsels of record, and pursuant to Fed.R.Civ.P. 41(a), hereby voluntarily dismiss the above-referenced lawsuit WITH prejudice. The Parties respectfully request the Clerk of Court mark this matter dismissed WITH prejudice.

*[signatures on following page]*

Respectfully submitted this twenty-eighth (28th) day of January, 2020.

<div style="display: flex;">

<div>

_s/John P. Fuller_____

John P. Fuller, Esq. (*pro hac vice*)
*(by Erin A. Easley, with express permission)*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
and
Jimmy Hwang, Esq.
GA Bar No. 381251
Law Office of Jimmy Hwang
5008 Buford Highway, Suite C
Atlanta, GA  30341-3531
Telephone: (678) 723-4444
Facsimile:  (678) 723-4445
jhwang@jhlawga.com
*Attorneys for Plaintiff*

</div>

<div>

_s/Erin A. Easley_____

Erin Schaub Easley, Esq.
Georgia Bar No. 897138
Morgan Easley, LLC
555 Sun Valley Drive, Suite J4
Roswell, GA  30076
Telephone: (770) 383-4660
Facsimile: (770) 383-4661
ee@morganeasley.com
*Attorneys for Defendant*

</div>

</div>

## **RULE 7.1 CERTIFICATE OF COMPLIANCE**

The foregoing document is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1C.

                      Morgan Easley, LLC

                      By:   *s/Erin A. Easley*
                             Erin A. Easley, Esq.
                             GA Bar No. 897138

555 Sun Valley Drive, Suite J4
Roswell, GA 30076
Tel.: (770) 383-4660
Fax: (770) 383-4661
ee@morganeasley.com

## CERTIFICATE OF SERVICE

I electronically filed the ***Joint Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jimmy Hwang, Esq.
>jhwang@jhlawga.com
>
>John P. Fuller, Esq.
>jpf@fullerfuller.com
>*Attorneys for Plaintiff*

This twenty-eighth (28th) day of January, 2020.

>MORGAN EASLEY, LLC
>
>By:  _s/Erin A. Easley_____
>       Erin A. Easley, Esq.
>       GA Bar No. 897138

555 Sun Valley Drive, Suite J4
Roswell, GA 30076
Tel.: (770) 383-4660
Fax: (770) 383-4661
ee@morganeasley.com